# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Gershon Barkany                                    Bankruptcy Case No.: 8–14–72941–las

Marc A. Pergament, Interim Chapter 7 Trustee of the Estate of Gershon Barkany

                                Plaintiff(s),

                                                                          Adversary Proceeding No.
–against–                                                                8–15–08244–las

Alan Gerson
Bruce Montague & Partners
Charber Realty
Alfred Schonberger
Marina District Development Co. LLC
Barkany Asset Recovery & Management LLC
Daniel Hirschler
Joseph Rosenberg
Goldberg & Rimberg, PLLC

                                  Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**

        **United States Bankruptcy Court**
        **290 Federal Plaza**
        **Central Islip, NY 11722**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

        **Weinberg, Gross & Pergament LLP**
        **400 Garden City Plaza**
        **Suite 403**
        **Garden City, NY 11530**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: August 19, 2015                        Robert A. Gavin, Jr., Clerk of the Court

**Summons (AST)**[Summons and Notice of Pretrial Conf. rev. 03/16/2009]