UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: <br><br> GERSHON BARKANY, <br><br> Debtor, | Chapter 7 <br><br> Case No. 8-14-72941 |
| MARC A. PERGAMENT, Interim Chapter 7 Trustee Of The Estate Of Gershon Barkany, <br><br> Plaintiff, <br> v. <br><br> ALAN GERSON, BRUCE MONTAGUE & PARTNERS, ALFRED SCHOENBERGER, MARINA DISTRICT DEVELOPMENT CO. LLC, BARKANY ASSET RECOVERY & MANAGEMENT LLC, DANIEL HIRSCHLER, JOSEPH ROSENBERG, AND GOLDBERG & RIMBERG PLLC, <br><br> Defendants. | Adv. Proc. No. 8-15-08244 <br><br> **STIPULATION EXTENDING DEFENDANT MARINA DISTRICT DEVELOPMENT CO. LLC'S TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties hereto, that Defendant Marina District Development Co. LLC's 's time to answer or otherwise respond to Plaintiff's Complaint is hereby extended to on or before October 9, 2015, and

IT IS FURTHER STIPULATED AND AGREED, that Defendant Marina District Development Co. LLC herby waives any opposition or objection based upon service of process of Plaintiff's Summons & Complaint.

---

Jeremy Klausner
Agostino & Associates, PC
*Attorneys for Defendant Marina*
  *District Development Co. LLC*
14 Washington Place
Hackensack, NJ 07601

Nicholas Tuffarelli
Weinberg Gross & Pergament LLP
*Attorneys for Plaintiff*
400 Garden City Plaza
Garden City, NY 11530

SO ORDERED:

---

Hon. Louis A. Scarcella, U.S.B.J.