**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re:                                                                           :

Gershon Barkany                                                         :

       Debtor                                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Marc A. Pergament, Interim Chapter 7 Trustee          :
of the Estate of Gershon Barkany,

              Plaintiff,                                         :

     -against-                                                           :

Alan Gerson, Bruce Montague & Partners,
Charber Realty, Alfred Schonberger, Marina          :
District Development Co. LLC, Barkany Asset
Recovery & Manangement LLC, Daniel Hirschler,      :
Joseph Rosenberg and Goldberg & Rimjberg,
PLLC,                                                                          :

             Defendants.                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 7

Case No. 814-72941-845

Adv. Proc. No.
815-08244-845

**ANSWER**

Defendant, Bruce Montague & Partners ("BM&P""), by and through its attorneys,

L'Abbate, Balkan, Colavita & Contini, L.L.P., as and for its Answer to the Complaint, dated

August 18, 2015 (the "Complaint"):

**PARTIES**

1.        Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph "1".

2.        Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph "2".

3.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "3".

4.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "4".

5.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "5".

## THE PARTIES

6.  Admits the allegations contained in paragraph "6".

7.  Admits the allegations contained in paragraph "7".

8.  Admits the allegations contained in paragraph "8".

9.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "9".

10.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "10".

11.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "11".

12.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "12".

13.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "13".

14.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "14".

15.  Admits the allegations contained in paragraph "15".

## BACKGROUND

16.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "16", except upon information and belief admits that Barkany pled guilty to an Information and refers to the Information for its allegations.

17.     Admits allegations contained in paragraph "17".

18.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "18".

19.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "19".

20.     Admits the allegations contained in paragraph "20".

21.     Admits the allegations contained in paragraph "21".

22.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "22".

23.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "23".

24.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "24", except upon information and belief admits that Alan Gerson has acted as counsel for Barkany in the past while Mr. Gerson was an attorney with BM&P.

25.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "25", except denies that any alleged introduction if made by Mr. Gerson, was made in connection with his role as an attorney for BM&P.

26.    Denies the allegations in paragraph "26" as to BM&P, and upon information and belief, admits that the Hilman Partnership transferred $750,000 to an IOLA account in the control of Mr. Gerson (the "Gerson IOLA Account").

27.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "27".

28.    Denies the allegations in paragraph "28", except admits that the Hilman Partnership commenced the action in the Supreme Court, Kings County, entitled Ludvik and Eva Hilman Family Partnership, L.P. v. Gerson, et al., Index No. 502113/2013 ("Hilman Action"), and refers to the allegations in the complaint therein for their content, and states that BM&F denied all material allegations in the complaint therein, raised affirmative defenses and the action has been stayed due to Barkany's bankruptcy.

29.    Denies the allegations in paragraph "29", and refers to the allegations in the Hilman Action complaint for their content.

30.    Denies the allegations in paragraph "30", and refers to the allegations in the Hilman Action complaint for their content.

31.    Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "31".

32.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "32".

33.    Denies the allegations in paragraph "33", except admits that Canadian Northern Realty LLC commenced the action in the Supreme Court, Kings County, entitled that Canadian Northern Realty LLC v. Barkany, et al., Index No. 501806/2013, and refers to the allegations in the complaint therein for their content, and states that BM&F denied all material allegations in

the complaint therein, raised affirmative defenses and the action has been stayed due to Barkany's bankruptcy.

34.    Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "34".

A. Gerson

35.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "35", except, upon information and belief, admits that Barkany caused $750,000 to be transferred to the Gerson IOLA Account controlled by Mr. Gerson.

36.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "36".

37.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "37".

38.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "38".

B. BM&P.

39.    Denies the allegations contained in paragraph "39".

40.    Denies the allegations contained in paragraph "40".

41.    Denies the allegations contained in paragraph "41".

42.    Denies the allegations contained in paragraph "42".

C. Charber.

43.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "43".

44.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "44".

45.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "45".

D. Schonberger.

46.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "46".

47.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "47".

48.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "48".

E. MDDC.

49.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "49".

50.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "50".

51.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "51".

F. BARM.

52.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "52".

53.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "53".

54.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "54".

G. Hischler.

55.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "55".

56.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "56".

57.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "57".

H. Rosenberg.

58.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "58".

59.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "59".

60.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "60".

I. G&R.

61.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "61".

62.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "62".

63.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "63".

## FIRST CAUSE OF ACTION

64.    In response to paragraph "64" repeats and realleges paragraphs "1" through "38" hereof as if fully alleged herein.

65.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "65", except upon information and belief admits that Mr. Gerson through the Gerson IOLA Account came into possession of $750,000.

66.    Upon information and belief denies the allegations contained in paragraph "66".

67.    Upon information and belief denies the allegations contained in paragraph "67".

68.    Upon information and belief denies the allegations contained in paragraph "68".

## SECOND CAUSE OF ACTION

69.    In response to paragraph "69" repeats and realleges paragraphs "1" through "38" hereof as if fully alleged herein.

70.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "70", except upon information and belief admits that Mr. Gerson through the Gerson IOLA Account came into possession of $750,000.

71.    Upon information and belief denies the allegations contained in paragraph "71".

72.    Upon information and belief denies the allegations contained in paragraph "72".

73.    Upon information and belief denies the allegations contained in paragraph "73".

74.    Upon information and belief denies the allegations contained in paragraph "74".

## THIRD CAUSE OF ACTION

75.    In response to paragraph "75" repeats and realleges paragraphs "1" through "38" hereof as if fully alleged herein.

76.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "76", except upon information and belief admits that Mr. Gerson through the Gerson IOLA Account came into possession of $750,000.

77.     Upon information and belief denies the allegations contained in paragraph "77".

78.     Upon information and belief denies the allegations contained in paragraph "78".

79.     Upon information and belief denies the allegations contained in paragraph "79".

## FOURTH CAUSE OF ACTION

80.     In response to paragraph "80" repeats and realleges paragraphs "1" through "38" hereof as if fully alleged herein.

81.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "81", except upon information and belief admits that Mr. Gerson through the Gerson IOLA Account came into possession of $750,000.

82.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "82".

83.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "83".

84.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "84".

85.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "85".

86.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "86".

## FIFTH CAUSE OF ACTION

87.    In response to paragraph "87" repeats and realleges paragraphs "1" through "34" and "39" through "42" hereof as if fully alleged herein

88.    Denies the allegations contained in paragraph "88".

89.    Denies the allegations contained in paragraph "89".

90.    Denies the allegations contained in paragraph "90".

91.    Denies the allegations contained in paragraph "91".

## SIXTH CAUSE OF ACTION

92.    In response to paragraph "92" repeats and realleges paragraphs "1" through "34" and "39" through "42" hereof as if fully alleged herein.

93.    Denies the allegations contained in paragraph "93".

94.    Denies the allegations contained in paragraph "94".

95.    Denies the allegations contained in paragraph "95".

96.    Denies the allegations contained in paragraph "96".

97.    Denies the allegations contained in paragraph "97".

## SEVENTH CAUSE OF ACTION

98.    In response to paragraph "98" repeats and realleges paragraphs "1" through "34" and "39" through "42" hereof as if fully alleged herein.

99.    Denies the allegations contained in paragraph "99".

100.    Denies the allegations contained in paragraph "100".

101.    Denies the allegations contained in paragraph "101".

102.    Denies the allegations contained in paragraph "102".

## EIGHTH CAUSE OF ACTION

103.    In response to paragraph "103" repeats and realleges paragraphs "1" through "34" and "39" through "42" hereof as if fully alleged herein.

104.    Denies the allegations contained in paragraph "104".

105.    Denies the allegations contained in paragraph "105".

106.    Denies the allegations contained in paragraph "106".

107.    Denies the allegations contained in paragraph "107".

108.    Denies the allegations contained in paragraph "108".

109.    Denies the allegations contained in paragraph "109".

## NINTH CAUSE OF ACTION

110.    In response to paragraph "110" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

111.    Denies the allegations contained in paragraph "111".

112.    Denies the allegations contained in paragraph "112".

113.    Denies the allegations contained in paragraph "113" and refers all questions of law to the trial court for resolution.

114.    Denies the allegations contained in paragraph "114" and refers all questions of law to the trial court for resolution.

## TENTH CAUSE OF ACTION

115.    In response to paragraph "115" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

116.    Denies the allegations contained in paragraph "116".

117.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "117".

118.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations paragraph in "118" and refers all questions of law to the trial court for resolution.

119.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph in "119" and refers all questions of law to the trial court for resolution.

## ELEVENTH CAUSE OF ACTION

120.    In response to paragraph "120" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

121.    Denies the allegations contained in paragraph "121".

122.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations paragraph in "122".

123.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations paragraph in "123" and refers all questions of law to the trial court for resolution.

124.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "124" and refers all questions of law to the trial court for resolution.

## TWELFTH CAUSE OF ACTION

125.    In response to paragraph "125" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

126.    Denies the allegations contained in paragraph "126".

127.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "127".

128.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "128" and refers all questions of law to the trial court for resolution.

129.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "129" and refers all questions of law to the trial court for resolution.

## THIRTEENTH CAUSE OF ACTION

130.    In response to paragraph "130" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

131.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "131".

132.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "132".

133.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "133 and refers all questions of law to the trial court for resolution.

134.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "134" and refers all questions of law to the trial court for resolution.

135.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "135" and refers all questions of law to the trial court for resolution.

## FOURTEENTH CAUSE OF ACTION

136.    In response to paragraph "136" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

137.    Upon information and belief denies the allegations contained in paragraph "137".

138.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "138".

139.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "139" and refers all questions of law to the trial court for resolution.

140.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "140" and refers all questions of law to the trial court for resolution.

141.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "141" and refers all questions of law to the trial court for resolution.

## FIFTEENTH CAUSE OF ACTION

142.    In response to paragraph "142" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

143.    Upon information and belief denies the allegations contained in paragraph "143" and refers all questions of law to the trial court for resolution.

144.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "144" and refers all questions of law to the trial court for resolution.

## SIXTEENTH CAUSE OF ACTION

145.   In response to paragraph "145" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

146.   Denies the allegations contained in paragraph "146" and refers all questions of law to the trial court for resolution.

147.   Denies the allegations contained in paragraph "147" and refers all questions of law to the trial court for resolution.

## SEVENTEENTH CAUSE OF ACTION

148.   In response to paragraph "148" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

149.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "149" and refers all questions of law to the trial court for resolution.

150.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "150".

151.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "151" and refers all questions of law to the trial court for resolution.

152.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "152" and refers all questions of law to the trial court for resolution.

153.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "153" and refers all questions of law to the trial court for resolution.

154.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "154" and refers all questions of law to the trial court for resolution.

### EIGHTEENTH CAUSE OF ACTION

155.    In response to paragraph "155" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

156.    Denies the allegations contained in paragraph "156".

157.    Denies the allegations contained in paragraph "157".

158.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "158 and refers all questions of law to the trial court for resolution.

159.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "159" and refers all questions of law to the trial court for resolution.

### NINTEENTH CAUSE OF ACTION

160.    In response to paragraph "160" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

161.    Denies the allegations contained in paragraph "161".

162.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "162".

163.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "163" and refers all questions of law to the trial court for resolution.

164.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "164" and refers all questions of law to the trial court for resolution.

## TWENTIETH CAUSE OF ACTION

165.    In response to paragraph "165" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

166.    Denies the allegations contained in paragraph "166".

167.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "167".

168.    Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "168" and refers all questions of law to the trial court for resolution.

169.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "169" and refers all questions of law to the trial court for resolution.

## TWENTY-FIRST CAUSE OF ACTION

170.    In response to paragraph "170" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

171.    Denies the allegations contained in paragraph "171".

172.    Denies the allegations contained in paragraph "172".

173.    Denies the allegations contained in paragraph "173" and refer all questions of law to the trial court for resolution.

174.    Denies the allegations contained in paragraph "174" and refers all questions of law to the trial court for resolution.

## TWENTY-SECOND CAUSE OF ACTION

175.    In response to paragraph "175" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

176.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "176".

177.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "177" and refers all questions of law to the trial court for resolution.

178.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "178" and refers all questions of law to the trial court for resolution.

179.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "179" and refers all questions of law to the trial court for resolution.

180.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "180" and refers all questions of law to the trial court for resolution.

## TWENTY-THIRD CAUSE OF ACTION

181.    In response to paragraph "181" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

182.    Denies the allegations contained in paragraph "182".

183.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "183" and refers all questions of law to the trial court for resolution.

184.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "184" and refers all questions of law to the trial court for resolution.

185.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "185" and refers all questions of law to the trial court for resolution.

186.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "186" and refers all questions of law to the trial court for resolution.

## TWENTY-FOURTH CAUSE OF ACTION

187.    In response to paragraph "187" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

188.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "188" and refers all questions of law to the trial court for resolution.

189.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "189" and refers all questions of law to the trial court for resolution.

## TWENTY-FIFTH CAUSE OF ACTION

190.    In response to paragraph "190" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

191.    Denies the allegations in paragraph "191".

192.    Denies the allegations in paragraph "192".

## TWENTY-SIXTH CAUSE OF ACTION

193.    In response to paragraph "193" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

194.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "194" and refers all questions of law to the trial court for resolution.

195.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "195".

196.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "196" and refers all questions of law to the trial court for resolution.

197.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "197" and refers all questions of law to the trial court for resolution.

198.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "198" and refers all questions of law to the trial court for resolution.

199.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "199" and refers all questions of law to the trial court for resolution.

## TWENTY-SEVENTH CAUSE OF ACTION

200.    In response to paragraph "200" repeats and realleges paragraphs "1" through "34" and "49" through "51" hereof as if fully alleged herein.

201.    Denies the allegations in paragraph "201".

202.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "202".

203.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "203" and refers all questions of law to the trial court for resolution.

204.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "204" and refers all questions of law to the trial court for resolution.

## TWENTY-EIGHTH CAUSE OF ACTION

205.    In response to paragraph "205" repeats and realleges paragraphs "1" through "34" and "49" through "51" hereof as if fully alleged herein.

206.    Denies the allegations in paragraph "206".

207.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "207".

208.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "208" and refers all questions of law to the trial court for resolution.

209.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "209" and refers all questions of law to the trial court for resolution.

## TWENTY-NINTH CAUSE OF ACTION

210.    In response to paragraph "210" repeats and realleges paragraphs "1" through "34" and "49" through "51" hereof as if fully alleged herein.

211.    Denies the allegations in paragraph "211".

212.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "213".

213.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "213" and refers all questions of law to the trial court for resolution.

214.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "214" and refers all questions of law to the trial court for resolution.

## THIRTIETH CAUSE OF ACTION

215.    In response to paragraph "215" repeats and realleges paragraphs "1" through "34" and "49" through "51" hereof as if fully alleged herein.

216.    Denies the allegations in paragraph "216".

217.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "217".

218.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "218" and refers all questions of law to the trial court for resolution.

219.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "219" and refers all questions of law to the trial court for resolution.

## THIRTY-FIRST CAUSE OF ACTION

220.    In response to paragraph "220" repeats and realleges paragraphs "1" through "34" and "49" through "51" hereof as if fully alleged herein.

221.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "221".

222.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "222" and refers all questions of law to the trial court for resolution.

223.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "223" and refers all questions of law to the trial court for resolution.

224.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "224" and refers all questions of law to the trial court for resolution.

225.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "225" and refers all questions of law to the trial court for resolution.

## THIRTY-SECOND CAUSE OF ACTION

226.    In response to paragraph "226" repeats and realleges paragraphs "1" through "34" and "49" through "51" hereof as if fully alleged herein.

227.    Denies the allegations contained in paragraph "227".

228.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "228".

229.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "229" and refers all questions of law to the trial court for resolution.

230.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "230" and refers all questions of law to the trial court for resolution.

231.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "231" and refers all questions of law to the trial court for resolution.

## THIRTY-THIRD CAUSE OF ACTION

232.    In response to paragraph "232" repeats and realleges paragraphs "1" through "34" and "49" through "51" hereof as if fully alleged herein.

233.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "233" and refers all questions of law to the trial court for resolution.

234.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "234" and refers all questions of law to the trial court for resolution.

## THIRTY-FOURTH CAUSE OF ACTION

235.    In response to paragraph "235" repeats and realleges paragraphs "1" through "34" and "49" through "51" hereof as if fully alleged herein.

236.    Denies the allegations contained in paragraph "236".

237.    Denies the allegations contained in paragraph "237", and refers all questions of law to the trial court for resolution.

## THIRTY-FIFTH CAUSE OF ACTION

238.    In response to paragraph "235" repeats and realleges paragraphs "1" through "34" and "49" through "51" hereof as if fully alleged herein.

239.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "239" and refers all questions of law to the trial court for resolution.

240.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "240".

241.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "241" and refers all questions of law to the trial court for resolution.

242.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "242" and refers all questions of law to the trial court for resolution.

243.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "243" and refers all questions of law to the trial court for resolution.

244.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "244" and refers all questions of law to the trial court for resolution.

## THIRTY-SIXTH CAUSE OF ACTION

245.    In response to paragraph "245" repeats and realleges paragraphs "1" through "34" and "52" through "54" hereof as if fully alleged herein.

246.    Upon information and belief denies the allegations contained in paragraph "246".

247.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "247".

248.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "248" and refers all questions of law to the trial court for resolution.

249.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "249" and refers all questions of law to the trial court for resolution.

## THIRTY-SEVENTH CAUSE OF ACTION

250.    In response to paragraph "250" repeats and realleges paragraphs "1" through "34" and "52" through "54" hereof as if fully alleged herein.

251.    Denies the allegations contained in paragraph "251".

252.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "252".

253.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "253" and refers all questions of law to the trial court for resolution.

254.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "254" and refers all questions of law to the trial court for resolution.

## THIRTY-EIGHTH CAUSE OF ACTION

255.    In response to paragraph "255" repeats and realleges paragraphs "1" through "34" and "52" through "54" hereof as if fully alleged herein.

256.    Denies the allegations contained in paragraph "256".

257.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "257".

258.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "258" and refers all questions of law to the trial court for resolution.

259.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "259" and refers all questions of law to the trial court for resolution.

## THIRTY-NINTH CAUSE OF ACTION

260.    In response to paragraph "260" repeats and realleges paragraphs "1" through "34" and "52" through "54" hereof as if fully alleged herein.

261.    Denies the allegations contained in paragraph "261".

262.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "262".

263.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "263" and refers all questions of law to the trial court for resolution.

264.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "264" and refers all questions of law to the trial court for resolution.

## FORTIETH CAUSE OF ACTION

265.    In response to paragraph "265" repeats and realleges paragraphs "1" through "34" and "52" through "54" hereof as if fully alleged herein.

266.    Upon information and belief denies the allegations contained in paragraph "266".

267.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "267" and refers all questions of law to the trial court for resolution.

268.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "268" and refers all questions of law to the trial court for resolution.

269.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "269" and refers all questions of law to the trial court for resolution.

270.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "270" and refers all questions of law to the trial court for resolution.

## FORTY-FIRST CAUSE OF ACTION

271.    In response to paragraph "271" repeats and realleges paragraphs "1" through "34" and "52" through "54" hereof as if fully alleged herein.

272.    Denies the allegations in paragraph "272".

273.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "273".

274.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "274" and refers all questions of law to the trial court for resolution.

275.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "275" and refers all questions of law to the trial court for resolution.

276.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "276" and refers all questions of law to the trial court for resolution.

## FORTY-SECOND CAUSE OF ACTION

277.    In response to paragraph "277" repeats and realleges paragraphs "1" through "34" and "52" through "54" hereof as if fully alleged herein.

278.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "278" and refers all questions of law to the trial court for resolution.

279.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "279" and refers all questions of law to the trial court for resolution.

## FORTY-THIRD CAUSE OF ACTION

280.    In response to paragraph "280" repeats and realleges paragraphs "1" through "34" and "52" through "54" hereof as if fully alleged herein.

281.    Denies the allegations in paragraph "281".

282.    Denies the allegations in paragraph "272" and refers all questions of law to the trial court for resolution.

## FORTY-FOURTH CAUSE OF ACTION

283.    In response to paragraph "283" repeats and realleges paragraphs "1" through "34" and "52" through "54" hereof as if fully alleged herein.

284.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "284" and refers all questions of law to the trial court for resolution.

285.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "285".

286.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "286" and refers all questions of law to the trial court for resolution.

287.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "287" and refers all questions of law to the trial court for resolution.

288.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "288" and refers all questions of law to the trial court for resolution.

289.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "289" and refers all questions of law to the trial court for resolution.

## FORTY-FIFTH CAUSE OF ACTION

290.    In response to paragraph "290" repeats and realleges paragraphs "1" through "34" and "55" through "57" hereof as if fully alleged herein.

291.    Denies the allegations in paragraph "291".

292.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "292".

293.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "293" and refers all questions of law to the trial court for resolution.

294.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "294" and refers all questions of law to the trial court for resolution.

## FORTY-SIXTH CAUSE OF ACTION

295.    In response to paragraph "295" repeats and realleges paragraphs "1" through "34" and "55" through "57" hereof as if fully alleged herein.

296.    Denies the allegations in paragraph "296".

297.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "297".

298.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "298" and refers all questions of law to the trial court for resolution.

299.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "299" and refers all questions of law to the trial court for resolution.

## FORTY-SEVENTH CAUSE OF ACTION

300.    In response to paragraph "300" repeats and realleges paragraphs "1" through "34" and "55" through "57" hereof as if fully alleged herein.

301.    Denies the allegations in paragraph "301".

302.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "302".

303.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "303" and refers all questions of law to the trial court for resolution.

304.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "304" and refers all questions of law to the trial court for resolution.

## FORTY-EIGHTH CAUSE OF ACTION

305.    In response to paragraph "305" repeats and realleges paragraphs "1" through "34" and "55" through "57" hereof as if fully alleged herein.

306.    Denies the allegations in paragraph "306".

307.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "307".

308.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "308" and refers all questions of law to the trial court for resolution.

309.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "309" and refers all questions of law to the trial court for resolution.

## FORTY-NINTH CAUSE OF ACTION

310.    In response to paragraph "310" repeats and realleges paragraphs "1" through "34" and "55" through "57" hereof as if fully alleged herein.

311.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "311".

312.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "312" and refers all questions of law to the trial court for resolution.

313.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "313" and refers all questions of law to the trial court for resolution.

314.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "314" and refers all questions of law to the trial court for resolution.

315.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "315" and refers all questions of law to the trial court for resolution.

## FIFTIETH CAUSE OF ACTION

316.    In response to paragraph "316" repeats and realleges paragraphs "1" through "34" and "55" through "57" hereof as if fully alleged herein.

317.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "317".

318.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "318".

319.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "319" and refers all questions of law to the trial court for resolution.

320.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "320" and refers all questions of law to the trial court for resolution.

321.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "321" and refers all questions of law to the trial court for resolution.

## FIFTY-FIRST CAUSE OF ACTION

322.    In response to paragraph "322" repeats and realleges paragraphs "1" through "34" and "55" through "57" hereof as if fully alleged herein.

323.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "323" and refers all questions of law to the trial court for resolution.

324.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "324" and refers all questions of law to the trial court for resolution.

## FIFTY-SECOND CAUSE OF ACTION

325.    In response to paragraph "325" repeats and realleges paragraphs "1" through "34" and "55" through "57" hereof as if fully alleged herein.

326.    Denies the allegations in paragraph "326".

327.    Denies the allegations in paragraph "327".

## FIFTY-THIRD CAUSE OF ACTION

328.    In response to paragraph "328" repeats and realleges paragraphs "1" through "34" and "55" through "57" hereof as if fully alleged herein.

329.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "329" and refers all questions of law to the trial court for resolution.

330.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "330".

331.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "331" and refers all questions of law to the trial court for resolution.

332.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "332" and refers all questions of law to the trial court for resolution.

333.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "333" and refers all questions of law to the trial court for resolution.

334.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "334" and refers all questions of law to the trial court for resolution.

## FIFTY-FOURTH CAUSE OF ACTION

335.    In response to paragraph "335" repeats and realleges paragraphs "1" through "34" and "58" through "60" hereof as if fully alleged herein.

336.    Denies the allegations in paragraph "333".

337.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "337".

338.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "338" and refers all questions of law to the trial court for resolution.

339.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "339" and refers all questions of law to the trial court for resolution.

## FIFTY-FIFTH CAUSE OF ACTION

340.    In response to paragraph "340" repeats and realleges paragraphs "1" through "34" and "58" through "60" hereof as if fully alleged herein.

341.    Denies the allegations contained in paragraph "341".

342.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "342".

343.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "343" and refers all questions of law to the trial court for resolution.

344.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "344" and refers all questions of law to the trial court for resolution.

## FIFTY-SIXTH CAUSE OF ACTION

345.    In response to paragraph "345" repeats and realleges paragraphs "1" through "34" and "58" through "60" hereof as if fully alleged herein.

346.    Denies the allegations contained in paragraph "346".

347.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "347".

348.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "348" and refers all questions of law to the trial court for resolution.

349.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "349" and refers all questions of law to the trial court for resolution.

## FIFTY-SEVENTH CAUSE OF ACTION

350.    In response to paragraph "350" repeats and realleges paragraphs "1" through "34" and "58" through "60" hereof as if fully alleged herein.

351.    Denies the allegations contained in paragraph "351".

352.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "352".

353.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "353" and refers all questions of law to the trial court for resolution.

354.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "354" and refers all questions of law to the trial court for resolution.

## FIFTY-EIGHTH CAUSE OF ACTION

355.    In response to paragraph "355" repeats and realleges paragraphs "1" through "34" and "58" through "60" hereof as if fully alleged herein.

356.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "356".

357.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "357" and refers all questions of law to the trial court for resolution.

358.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "358" and refers all questions of law to the trial court for resolution.

359.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "359" and refers all questions of law to the trial court for resolution.

360.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "360" and refers all questions of law to the trial court for resolution.

## FIFTY-NINTH CAUSE OF ACTION

361.    In response to paragraph "361" repeats and realleges paragraphs "1" through "34" and "58" through "60" hereof as if fully alleged herein.

362.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "362".

363.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "363".

364.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "364" and refers all questions of law to the trial court for resolution.

365.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "365" and refers all questions of law to the trial court for resolution.

366.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "366" and refers all questions of law to the trial court for resolution.

## SIXTIETH CAUSE OF ACTION

367.    In response to paragraph "367" repeats and realleges paragraphs "1" through "34" and "58" through "60" hereof as if fully alleged herein.

368.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "368" and refers all questions of law to the trial court for resolution.

369.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "369" and refers all questions of law to the trial court for resolution.

## SIXTY-FIRST CAUSE OF ACTION

370.    In response to paragraph "370" repeats and realleges paragraphs "1" through "34" and "58" through "60" hereof as if fully alleged herein.

371.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "371" and refers all questions of law to the trial court for resolution.

372.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "372" and refers all questions of law to the trial court for resolution.

## SIXTY-SECOND CAUSE OF ACTION

373.    In response to paragraph "373" repeats and realleges paragraphs "1" through "34" and "58" through "60" hereof as if fully alleged herein.

374.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "374" and refers all questions of law to the trial court for resolution.

375.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "375".

376.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "376" and refers all questions of law to the trial court for resolution.

377.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "377" and refers all questions of law to the trial court for resolution.

378. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "378" and refers all questions of law to the trial court for resolution.

379. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "379" and refers all questions of law to the trial court for resolution.

## SIXTY-THIRD CAUSE OF ACTION

380. In response to paragraph "380" repeats and realleges paragraphs "1" through "34" and "61" through "63" hereof as if fully alleged herein.

381. Denies the allegations contained in paragraph "381".

382. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "382".

383. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "383" and refers all questions of law to the trial court for resolution.

384. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "384" and refers all questions of law to the trial court for resolution.

## SIXTY-FOURTH CAUSE OF ACTION

385. In response to paragraph "385" repeats and realleges paragraphs "1" through "34" and "61" through "63" hereof as if fully alleged herein.

386. Denies the allegations contained in paragraph "386".

387.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "387".

388.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "388" and refers all questions of law to the trial court for resolution.

389.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "389" and refers all questions of law to the trial court for resolution.

## SIXTY-FIFTH CAUSE OF ACTION

390.    In response to paragraph "390" repeats and realleges paragraphs "1" through "34" and "61" through "63" hereof as if fully alleged herein.

391.    Denies the allegations contained in paragraph "391".

392.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "392".

393.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "393" and refers all questions of law to the trial court for resolution.

394.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "394" and refers all questions of law to the trial court for resolution.

## SIXTY-SIXTH CAUSE OF ACTION

395.    In response to paragraph "395" repeats and realleges paragraphs "1" through "34" and "61" through "63" hereof as if fully alleged herein.

396.    Denies the allegations contained in paragraph "396".

397.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "397".

398.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "398" and refers all questions of law to the trial court for resolution.

399.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "399" and refers all questions of law to the trial court for resolution.

## SIXTY-SEVENTH CAUSE OF ACTION

400.    In response to paragraph "400" repeats and realleges paragraphs "1" through "34" and "61" through "63" hereof as if fully alleged herein.

401.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "401".

402.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "402" and refers all questions of law to the trial court for resolution.

403.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "403" and refers all questions of law to the trial court for resolution.

404.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "404" and refers all questions of law to the trial court for resolution.

405.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "405" and refers all questions of law to the trial court for resolution.

## SIXTY-EIGHTH CAUSE OF ACTION

406.    In response to paragraph "406" repeats and realleges paragraphs "1" through "34" and "61" through "63" hereof as if fully alleged herein.

407.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "407".

408.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "408".

409.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "409" and refers all questions of law to the trial court for resolution.

410.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "410" and refers all questions of law to the trial court for resolution.

411.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "411" and refers all questions of law to the trial court for resolution.

## SIXTY-NINTH CAUSE OF ACTION

412.    In response to paragraph "406" repeats and realleges paragraphs "1" through "34" and "61" through "63" hereof as if fully alleged herein.

413.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "413" and refers all questions of law to the trial court for resolution.

414.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "414" and refers all questions of law to the trial court for resolution.

### SEVENTIETH CAUSE OF ACTION

415.    In response to paragraph "415" repeats and realleges paragraphs "1" through "34" and "61" through "63" hereof as if fully alleged herein.

416.    Denies the allegations contained in paragraph "416".

417.    Denies the allegations contained in paragraph "417".

### SEVENTY-FIRST CAUSE OF ACTION

418.    In response to paragraph "418" repeats and realleges paragraphs "1" through "34" and "61" through "63" hereof as if fully alleged herein.

419.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "419" and refers all questions of law to the trial court for resolution.

420.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "420".

421.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "421" and refers all questions of law to the trial court for resolution.

422.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "422" and refers all questions of law to the trial court for resolution.

423.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "423" and refers all questions of law to the trial court for resolution.

424.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "424" and refers all questions of law to the trial court for resolution.

## FIRST AFFIRMATIVE DEFENSE

425.    Upon information and belief, the Plaintiff's causes of actions against BM&P are untimely in whole or in part.

## SECOND AFFIRMATIVE DEFENSE

426.    Plaintiff lacks standing to assert the claims made herein.

## THIRD AFFIRMATIVE DEFENSE

427.    BM&P had no dominion or control over the Gerson IOLA Account into which the alleged proceeds were deposited and distributed and cannot be held responsible for any transfers made into or out of that account which are the subject of this proceeding.

## FOURTH AFFIRMATIVE DEFENSE

428.    BM&P was not in privity with the Hilman Partnership, which was not a client of the firm, and BM&P did not owe any fiduciary or other duty to the Hilman Partnership concerning the funds at issue in this proceeding.

## FIFTH AFFIRMATIVE DEFENSE

429.    Upon information and belief, the Debtor had no legal interest in the proceeds at issue in this suit, since the proceeds were obtained by the Debtor under false pretenses and with criminal intent, and hence the Plaintiff lacks standing to pursue the claims herein.

## SIXTH AFFIRMATIVE DEFENSE

430.    Plaintiff's claims are barred based on the doctrine of waiver, estoppel, unclean hands, and/or *in pari delicto*..

## AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

431.    Any and all actions and omissions attributed to BM&P in the complaint were caused by the criminally fraudulent representations of the Debtor for which BM&P cannot be held liable.

## EIGHTH AFFIRMATIVE DEFENSE

432.    Upon information and belief, the alleged transfers were made to pay parties fair consideration for antecedent debts and were not fraudulent conveyances.

## NINTH AFFIRMATIVE DEFENSE

433.    No act or omission attributed to the BM&P in the complaint was the cause of any of the transfers upon which Plaintiff asserts his claims.

## AS AND FOR AN TENTH AFFIRMATIVE DEFENSE

434.    BM&P did not exercise dominion or control over any of the funds alleged in the complaint and cannot be held liable for the transfers at issue in this proceeding.

## ELEVENTH AFFIRMATIVE DEFENSE

435.    Plaintiff has failed to join the Hilman Partnership as a necessary party.

## TWELFTH AFFIRMATIVE DEFENSE

436.    There is no good faith basis under FRCP Rule 11 for the Plaintiff to allege that BM&P had any fraudulent intent.

## THIRTEENTH AFFIRMATIVE DEFENSE

437.    The BM&P incorporate herein any defenses of other defendants that are applicable to them.

## FIRST CROSS-CLAIM
## AGAINST ALL DEFENDANTS

438.    To the extent, if any, that BM&P is found to be liable to Plaintiff for any of the loss or damage alleged in the complaint, then BM&P is entitled to contribution from the other defendants in the proportion that the culpable conduct attributed to the other defendants bears to the entire measure of responsibility for the occurrence.

## SECOND CROSS-CLAIM
## AGAINST THE TRANSFEREE DEFENDANTS

439.    Upon information and belief, the proceeds received from the Debtor and deposited into the Gerson IOLA Account were transferred therefrom in good faith upon the directions of the Debtor to the other defendants named in this proceeding as alleged in the complaint (the "Transferee Defendants").

440.    To the extent, if any, that BM&P is found to be liable to Plaintiff for any of the loss or damage alleged in the complaint, the respective Transferee Defendants, who ultimately received the funds are liable to reimburse BM&P.

## RESERVATION OF DEFENSES

441.    BM&P reserve the right to amend and/or supplement this Answer, including, without limitation, to assert additional defenses.

**WHEREFORE,** defendant, Bruce Montague & Partners, demands judgment

(1)  dismissing the complaint as against it; and, alternatively,

(2)  granting judgment against the other Defendants for contribution;

(3)  together with costs and disbursements of this action, and such other and

further relief as the Court determines to be just and proper.

Dated: Garden City, New York
September 18, 2015

**L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.**

By: _____
Noah Nunberg, Esq.
Attorneys for Defendant
Bruce Montague & Partners
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844