Lester M. Kirshenbaum, Esq.
Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
E-mail: lester.kirshenbaum@kayescholer.com

*Attorney for Joseph Rosenberg*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : | **Chapter No. 8-14-72941-las** |
| **GERSHON BARKANY,** | : |  |
|  | : | **Chapter 7** |
| Debtor. | : |  |

-----------------------------------------------------------x
|  |  |  |
|---|---|---|
| **Marc A. Pergament, Interim Chapter 7** | : |  |
| **Trustee of the Estate of Gershon Barkany,** | : |  |
|  | : | **Adv. Pro. No.: 15-8244-las** |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| **Alan Gerson, Bruce Montague & Partners,** | : |  |
| **Charber Realty, Alfred Schonberger, Marina** | : |  |
| **District Development Co. LLC, Barkany Asset** | : |  |
| **Recovery & Management LLC,** | : |  |
| **Daniel Hirschler, Joseph Rosenberg and** | : |  |
| **Goldberg & Rimberg PLLC,** | : |  |
|  | : |  |
| Defendants. | : |  |

-----------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER MOTION OF DEFENDANTS BRUCE MONTAGUE & PARTNERS, ALFRED SCHONBERGER AND JOSEPH ROSENBERG FOR AN ORDER DIRECTING THE JOINDER OF LUDVIK AND EVA HILMAN FAMILY PARTNERSHIP, L.P. AS A PARTY TO THIS ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that the hearing on the *Motion of Defendants Bruce Montague & Partners, Alfred Schonberger and Joseph Rosenberg for an Order Directing the Joinder*

63068597_1

*of Ludvik and Eva Hilman Family Partnership, L.P. as a Party to this Adversary Proceeding*, which is currently scheduled for October 22, 2015 at 10:00 a.m. **has been adjourned at the direction of the Bankruptcy Court to November 17, 2015 at 11:00 a.m**.

Dated: New York, New York
      October 7, 2015

KAYE SCHOLER LLP

By: /s/ *Lester M. Kirshenbaum*
    Lester M. Kirshenbaum
    250 West 55th Street
    New York, New York 10019
    Tel: (212) 836-8000
    lester.kirshenbaum@kayescholer.com

    *Attorney for Joseph Rosenberg*