**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GERSHON BARKANY,<br><br>　　　　　Debtor. | Case No. 8-14-72941-las<br><br>Chapter 7 |
| Marc A. Pergament, Interim Chapter 7 Trustee of the Estate of Gershon Barkany,<br><br>　　　　　Plaintiff<br><br>versus:<br><br>Alan Gerson, et al,<br><br>　　　　　Defendants. | Adversary Proceeding No.  8-15-08244-las |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICE, AND RESERVATION OF RIGHTS

Pursuant to Bankruptcy Rules 2002(g) and (i), Allen C. Wasserman gives notice of his appearance on behalf of Barkany Asset Recovery & Management LLC and requests that all notices and all papers served or filed in this case be served upon him at the office, addresses and telephone numbers set forth.  This request is not intended to waive (i) any rights to have final orders in non-core matters entered only after de novo review by a District Court; (ii) any rights to a jury trial where available; (iii) any rights to have the reference withdrawn by the District Court

in any matter subject to withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments available under agreements or in law or equity, all of which are reserved.

Dated: October 7, 2015

       s/ Allen C. Wasserman
       Allen C. Wasserman, Esq.
       awasserman@lockelord.com
       LOCKE LORD LLP
       3 World Financial Center
       New York, New York 10281
       Telephone:  (212) 415-8600
       Facsimile:   (212) 303-2754

       Counsel to Barkany Asset Recovery & Management LLC

NY 803917v.1