**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GERSHON BARKANY,<br><br>　　　　Debtor. | Case No. 8-14-72941-las<br><br>Chapter 7 |
| Marc A. Pergament, Interim Chapter 7 Trustee of the Estate of Gershon Barkany,<br><br>　　　　Plaintiff,<br><br>versus:<br><br>Alan Gerson, et al,<br><br>　　　　Defendants. | Adversary Proceeding No.  8-15-08244-las |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Barkany Asset Recovery & Management LLC's *Motion to Dismiss Gerson Cross-Claims Pursuant to FRCP 12(b)(6) for Failure to State a Claim* will be heard at a hearing scheduled for November 17, 2015 at 11:00 a.m. before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Courtroom 760, 290 Federal Plaza, Central Islip, New York 11722 or at such other time as the Court may determine.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the relief requested in the above motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York and shall be filed with the Court and served upon undersigned counsel for Barkany Asset Recovery

2

& Management LLC et al and upon all other parties in interest to the above captioned case so as to be actually received by no later than November 10, 2015.

Dated: October 29, 2015

          s/ Alan H. Katz
Shalom Jacob
sjacob@lockelord.com
Allen C. Wasserman
awasserman@lockelord.com
Alan H. Katz
akatz@lockelord.com
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
Telephone:   (212) 415-8600
Facsimile:    (212) 303-2754

Counsel to Barkany Asset Recovery & Management LLC

NY 805408v.1