**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT NEW YORK**
-----------------------------------------------------x
                          Chapter 7
In Re:
                                                            Case No. 814-72941-845

Gershon Barkany

            Debtor

-----------------------------------------------------x

Marc A. Pergament,  Interim  Chapter 7
Trustee of the Estate of Gershon Barkany,                   Adv. Proc No.
                                                             815-08244-845

                      Plaintiff

            against                                         **ANSWER WITH**
                                                            **CROSS CLAIMS**

Alan Gerson,  Bruce  Montague  & Partners,
Charber    Realty,    Alfred    Schonberger,
Marina District   Development    Co. LLC,
Barkany  Asset Recovery   & Manangement
LLC, Daniel  Hirschler, Joseph  Rosenberg
and  Goldberg  & Rimjberg, PLLC,

                      Defendants.

-----------------------------------------------------x


        Defendant,   Gerson   ("Gerson'"),   by  and  through  his  attorneys,  Novak

Juhase & Stern  L.L.P.,  as  and  for  its  Answer  to  the  Complaint,  dated August  18,

2015  (the  "Complaint"):

## PARTIES

        1.        Denies  knowledge  or information  sufficient  to  form  a belief  as to  the

truth  of the allegations   contained  in paragraph   "1 ".

        2.        Denies  knowledge  or information  sufficient  to  form  a belief  as to  the

truth  of the allegations   contained  in paragraph   "2".

- 1 -

3.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "3 ".

4.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "4".

5.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "5".

### THE PARTIES

6.      Admits the allegations contained in paragraph "6".

7.      Admits the allegations contained in paragraph "7".

8.      Admits the allegations contained in paragraph "8".

9.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "9".

10.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "1 O".

11.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "11".

12.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "12".

13.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "13".

14.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "14".

15.      Admits the allegations contained in paragraph "15".

## BACKGROUND

16.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "16", except upon information and belief admits that Barkany pled guilty to an Information and refers to the Information for its allegations.

17.     Admits allegations contained in paragraph "17".

18.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "18".

19.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "19".

20.     Admits the allegations contained in paragraph "20".

21.     Admits the allegations contained in paragraph "21".

22.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "22".

23.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "23".

24.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "24", except upon information and belief admits that defendant Gerson has acted as counsel for Barkany in the past.

25.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "25", except admits an introduction was made

26.     Denies knowledge or information  sufficient to form a belief as to the truth of the allegations  contained  in paragraph   "26" except admits $750,000 from an

unknown source was transferred to an IOLA account in the control of Gerson (the "Gerson IOLA Account").

27.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "27".

28.    Denies the allegations in paragraph "28", except admits that the Hilman Partnership commenced the action in the Supreme Court, Kings County, entitled Ludvik and Eva Hilman Family Partnership, L.P. v. Gerson, et al., Index No. 502113/2013 ("Hilman Action").

29.    Denies the allegations in paragraph "29".

30.    Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "30".

31.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "31".

32.    Denies the allegations in paragraph "32", except admits that Canadian Northern Realty LLC commenced the action in the Supreme Court, Kings County, entitled that Canadian Northern Realty LLC v. Barkany, et al., Index No. 501806/2013.

33.    Denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph "33".

34.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "34", except, upon information and belief, admits that Barkany caused $750,000 to be transferred to the Gerson IOLA Account.

- 4 -

35.    Denies the allegations  contained  in paragraph  "35".

36.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of the allegations  contained  in paragraph  "36".

37.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of the allegations  contained  in paragraph  "37".

38.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of allegations contained  in paragraph "38".

39.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of allegations contained  in paragraph "39".

40.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of allegations contained  in paragraph "40".

41.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of allegations contained  in paragraph "41".

42.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of allegations contained  in paragraph "42".

43.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of the allegations  contained  in paragraph  "43.

44.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of the allegations  contained  in paragraph  "44".

45.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth  of the allegations  contained  in paragraph  "45".

46.    Denies  the allegations  contained  in paragraph  "46".

47.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "47".

48.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "48".

49.    Denies the truth of the allegations contained in paragraph "49".

50.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "50".

51.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "51".

52.    Denies the truth of the allegations contained in paragraph "52".

53.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "53".

54.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "54".

55.    Denies the truth of the allegations contained in paragraph "55".

56.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "56".

57.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "57".

58.    Denies the truth of the allegations contained in paragraph "58".

59.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "59".

60.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "60".

61.    Denies the truth of the allegations contained in paragraph "61".

62.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "62".

63.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "63".

## FIRST CAUSE OF ACTION

64.    In response to paragraph "64" repeats and realleges paragraphs "1" through "63" hereof as if fully alleged herein.

65.    Denies the truth of the allegations contained in paragraph "65", except upon information and belief admits that defendant Gerson through the Gerson IOLA Account came into possession of $750,000.

66.    Denies the allegations contained in paragraph "66".

67.    Denies the allegations contained in paragraph "67".

68.    Denies the allegations contained in paragraph "68".

## SECOND CAUSE OF ACTION

69.    In response to paragraph "69" repeats and realleges paragraphs "1" through "69" hereof as if fully alleged herein.

70.    Denies the truth of the allegations contained in paragraph "70", except admits that Gerson through the Gerson IOLA Account came into possession of $750,000.

71.      Denies the allegations contained in paragraph "71".

72.      Denies the allegations contained in paragraph "72".

73.      Denies the allegations contained in paragraph "73".

74.      Denies the allegations contained in paragraph "74".

### THIRD CAUSE OF ACTION

75.      In response to paragraph "75" repeats and realleges paragraphs "1" through "74" hereof as if fully alleged herein.

76.      Denies the truth of the allegations contained in paragraph "76", except admits that Mr. Gerson through the Gerson IOLA Account came into possession of $750,000.

77.      Denies the allegations contained in paragraph "77".

78.      Denies the allegations contained in paragraph "78".

79.      Denies the allegations contained in paragraph "79".

### FOURTH CAUSE OF ACTION

80.      In response to paragraph "80" repeats and realleges paragraphs "I" through "79" hereof as if fully alleged herein.

81.      Denies the truth of the allegations contained in paragraph "81", except admits that Gerson through the Gerson IOLA Account came into possession of $750,000.

82.      Denies the truth of the allegations contained in paragraph "82".

83.      Denies the truth of the allegations contained in paragraph "83".

84.      Denies the truth of the allegations contained in paragraph "84".

85.      Denies the truth of the allegations contained in paragraph "85".

86.      Denies the truth of the allegations contained in paragraph "86".

## FIFTH CAUSE OF ACTION

87.    In response to paragraph "87" repeats and realleges paragraphs "1" through "86" hereof as if fully alleged herein

88.    Denies the allegations contained in paragraph "88".

89.    Denies the allegations contained in paragraph "89".

90.    Denies the allegations contained in paragraph "90".

91.    Denies the allegations contained in paragraph "91".

## SIXTH CAUSE OF ACTION

92.    In response to paragraph "92" repeats and realleges paragraphs "1" through "91" hereof as if fully alleged herein.

93.    Denies the allegations contained in paragraph "93".

94.    Denies the allegations contained in paragraph "94".

95.    Denies the allegations contained in paragraph "95".

96.    Denies the allegations contained in paragraph "96".

97.    Denies the allegations contained in paragraph "97".

## SEVENTH CAUSE OF ACTION

98.    In response to paragraph "98" repeats and realleges paragraphs "l" through "97" and "39" through "42" hereof as if fully alleged herein.

99.    Denies the allegations contained in paragraph "99".

100.    Denies the allegations contained in paragraph "100".

101.    Denies the allegations contained in paragraph "101".

102.    Denies the allegations contained in paragraph "102".

## EIGHTH CAUSE OF ACTION

103.    In response to paragraph "103" repeats and realleges paragraphs "1" through "102" hereof as if fully alleged herein.

104.    Denies the allegations contained in paragraph "104".

105.    Denies the allegations contained in paragraph "105".

106.    Denies the allegations contained in paragraph "106".

107.    Denies the allegations contained in paragraph "107".

108.    Denies the allegations contained in paragraph "108".

109.    Denies the allegations contained in paragraph "109".

## NINTH CAUSE OF ACTION

110.    In response to paragraph "110" repeats and realleges paragraphs "1" through "109 hereof as if fully alleged herein.

111.    Denies the allegations contained in paragraph "111 ".

112.    Denies the allegations contained in paragraph "112".

113.    Denies the allegations contained in paragraph "113" and refers all questions of law to the trial court for resolution.

114.    Denies the allegations contained in paragraph "114" and refers all questions of law to the trial court for resolution.

## TENTH CAUSE OF ACTION

115.    In response to paragraph "115" repeats and realleges paragraphs "1" through "114" hereof as if fully alleged herein.

116.    Denies the allegations contained in paragraph "116".

117.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "117".

118.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations paragraph in "118" and refers all questions of law to the trial court for resolution.

119.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph in "119" and refers all questions of law to the trial court for resolution.

## ELEVENTH  CAUSE  OF ACTION

120.    In response to paragraph "120" repeats and realleges paragraphs "1" through "119" hereof as if fully alleged herein.

121.    Denies the allegations contained in paragraph "121 ".

122.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations paragraph in "122".

123.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations paragraph in "123" and refers all questions of law to the trial court for resolution.

124.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "124" and refers all questions of law to the trial court for resolution.

## TWELFTH   CAUSE  OF ACTION

125.    In response to paragraph "125" repeats and realleges paragraphs "1" through "124" hereof as if fully alleged herein.

126.    Denies the allegations contained in paragraph "126".

127.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "127".

128.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "128" and refers all questions of law to the trial court for resolution.

129.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "129" and refers all questions of law to the trial court for resolution.

## THIRTEENTH CAUSE OF ACTION

130.    In response to paragraph "130" repeats and realleges paragraphs "1" through "34" and "43" through "45" hereof as if fully alleged herein.

131.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "131".

132.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "132".

133.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "133" and refers all questions of law to the trial court for resolution.

134.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "134" and refers all questions of law to the trial court for resolution.

135.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "135" and refers all questions of law to the trial court for resolution.

## FOURTEENTH   CAUSE  OF ACTION

136.    In response to paragraph "136" repeats and realleges paragraphs "1" through "135" hereof as if fully alleged herein.

137.    Upon information and belief denies the allegations contained in paragraph "137".

138.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "138".

139.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "139" and refers all questions of law to the trial court for resolution.

140.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "140" and refers all questions of law to the trial court for resolution.

141.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "141" and refers all questions of law to the trial court for resolution.

## FIFTEENTH CAUSE OF ACTION

142.    In response to paragraph "142" repeats and realleges paragraphs "1" through "141" hereof as if fully alleged herein.

143.  Upon information and belief denies the allegations contained in paragraph "143" and refers all questions of law to the trial court for resolution.

144.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "144" and refers all questions of law to the trial court for resolution.

## SIXTEENTH CAUSE OF ACTION

145.    In response to paragraph "145" repeats and realleges paragraphs "1" through "144" hereof as if fully alleged herein.

146.    Denies the allegations contained in paragraph "146" and refers all questions of law to the trial court for resolution.

147.    Denies the allegations contained in paragraph "147" and refers all questions of law to the trial court for resolution.

## SEVENTEENTH CAUSE OF ACTION

148.    In response to paragraph "148" repeats and realleges paragraphs "1" through "147" hereof as if fully alleged herein.

149.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "149" and refers all questions of law to the trial court for resolution.

150.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "150".

151.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "151" and refers all questions of law to the trial court for resolution.

152.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "152" and refers all questions of law to the trial court for resolution.

153.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "15 3" and refers all questions of law to the trial court for resolution.

154.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "154" and refers all questions of law to the trial court for resolution.

## EIGHTEENTH CAUSE OF ACTION

155.    In response to paragraph "155" repeats and realleges paragraphs "1" through "34" and "46" through "48" hereof as if fully alleged herein.

156.    Denies the allegations contained in paragraph "156".

157.    Denies the allegations contained in paragraph "157".

15 8.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "15 8 and refers all questions of law to the trial court for resolution.

159.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "159" and refers all questions of law to the trial court for resolution.

## NINTEENTH CAUSE OF ACTION

160.     In response to paragraph "160" repeats and realleges paragraphs "l" through "159" hereof as if fully alleged herein.

161.     Denies the allegations contained in paragraph "161".

162.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "162".

163.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "163" and refers all questions of law to the trial court for resolution.

164.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "164" and refers all questions of law to the trial court for resolution.

## TWENTIETH CAUSE OF ACTION

165.     In response to paragraph "165" repeats and realleges paragraphs "1" through "164" hereof as if fully alleged herein.

166.     Denies the allegations contained in paragraph "166".

167.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "167".

168.     Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "168" and refers all questions of law to the trial court for resolution.

169.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "169" and refers all questions of law to the trial court for resolution.

## TWENTY-FIRST CAUSE OF ACTION

170.    In response to paragraph "170" repeats and realleges paragraphs "1" through "169" hereof as if fully alleged herein.

171.    Denies the allegations contained in paragraph "171".

172.    Denies the allegations contained in paragraph "172".

173.    Denies the allegations contained in paragraph "173" and refer all questions of law to the trial court for resolution.

174.    Denies the allegations contained in paragraph "174" and refers all questions of law to the trial court for resolution.

## TWENTY-SECOND  CAUSE OF  ACTION

175.    In response to paragraph "175" repeats and realleges paragraphs "1" through "174" hereof as if fully alleged herein.

176.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "176".

177.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "177" and refers all questions of law to the trial court for resolution.

178.    Denies  knowledge  or information  sufficient  to form  a belief  as to  the truth  of the allegations  contained  in paragraph  "178"  and refers  all questions  of law to  the  trial  court  for resolution.

179.    Denies  knowledge  or information  sufficient  to form  a belief  as to  the truth  of the allegations  contained  in paragraph  "179"  and refers  all questions  of law to  the  trial  court  for resolution.

180.  Denies  knowledge  or information  sufficient  to form  a belief  as to  the truth of the allegations  contained  in paragraph  "180"  and refers  all questions  of law  to the  trial  court  for resolution.

## TWENTY-THIRD CAUSE  OF  ACTION

181.    In response  to paragraph  "181"  repeats  and realleges  paragraphs  "I"  through "180"  hereof  as if fully  alleged  herein.

182.    Denies  the allegations  contained  in paragraph  "182".

183.    Denies  knowledge  or information  sufficient  to form  a belief  as to the  truth  of the allegations  contained  in  paragraph  "183"  and refers  all questions  of  law  to  the  trial court  for resolution.

184.  Denies  knowledge  or information  sufficient  to form  a belief  as to the  truth  of the allegations  contained  in paragraph  "184"  and refers  all questions  of  law  to  the trial  court for resolution.

185.    Denies  knowledge  or information  sufficient  to form  a belief  as to the  truth  of the allegations  contained  in paragraph  "185"  and refers  all questions  of law  to  the  trial court  for resolution.

186.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "186" and refers all questions of law to the trial court for resolution.

## TWENTY-FOURTH CAUSE OF ACTION

187.    In response to paragraph "187" repeats and realleges paragraphs "1" through "34" and "186" hereof as if fully alleged herein.

188.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "188" and refers all questions of law to the trial court for resolution.

189.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "189" and refers all questions of law to the trial court for resolution.

## TWENTY-FIFTH CAUSE OF ACTION

190.    In response to paragraph "190" repeats and realleges paragraphs "l" through "189" hereof as if fully alleged herein.

191.    Denies the allegations in paragraph "191 ".

192.    Denies the allegations in paragraph "192".

## TWENTY-SIXTH CAUSE OF ACTION

193.    In response to paragraph "193" repeats and realleges paragraphs "l" through "192" hereof as if fully alleged herein.

194.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "194" and refers all questions of law to the trial court for resolution.

195.     Denies  knowledge  or  information  sufficient  to  form  a  belief  as  to  the  truth  of the allegations  contained  in paragraph  "195".

196.     Denies  knowledge  or  information  sufficient  to  form  a  belief  as  to  the  truth  of the allegations  contained  in  paragraph  "196"  and  refers  all  questions  of  law  to  the  trial court  for resolution.

197.     Denies  knowledge  or  information  sufficient  to  form  a  belief  as  to  the  truth  of the allegations  contained  in  paragraph  "197"  and  refers  all  questions  of  law  to  the  trial court  for resolution.

198.     Denies  knowledge  or  information  sufficient  to  form  a  belief  as  to  the  truth  of the allegations  contained  in  paragraph  "198"  and  refers  all  questions  of  law  to  the  trial court  for resolution.

199.     Denies  knowledge  or  information  sufficient  to  form  a  belief  as  to  the  truth  of the allegations  contained  in  paragraph  "199"  and  refers  all  questions  of  law  to  the  trial court  for resolution.

## TWENTY-SEVENTH CAUSE OF ACTION

200.     In response  to  paragraph  "200"  repeats  and realleges paragraphs "l"  through 199" hereof as if fully alleged herein.

201.     Denies the allegations in paragraph "201".

202.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "202".

203.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations  contained  in  paragraph  "203"  and  refers  all  questions  of  law  to  the  trial  court  for resolution.

204.     Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph "204" and refers all questions of law to the trial court for resolution.

## TWENTY-EIGHTH CAUSE OF ACTION

205.    In response to paragraph "205" repeats and realleges paragraphs "l" through "204" hereof as if fully alleged herein.

206.    Denies the allegations in paragraph "206".

207.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "207".

208.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "208" and refers all questions of law to the trial court for resolution.

209.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "209" and refers all questions of law to the trial court for resolution.

## TWENTY-NINTH CAUSE OF ACTION

210.    In response to paragraph "210" repeats and realleges paragraphs "l" through "209" hereof as if fully alleged herein.

211.    Denies the allegations in paragraph "211".

212.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "213".

213.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "213" and refers all questions of law to the trial court for resolution.

214.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "214" and refers all questions of law to the trial court for resolution.

## THIRTIETH CAUSE OF ACTION

215.    In response to paragraph "215" repeats and realleges paragraphs "1" through "214" hereof as if fully alleged herein.

216.    Denies the allegations in paragraph "216".

217.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "217".

218.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "218" and refers all questions of law to the trial court for resolution.

219.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "219" and refers all questions of law to the trial court for resolution.

## THIRTY-FIRST CAUSE OF ACTION

220.    In response to paragraph "220" repeats and realleges paragraphs "1" through "219" hereof as if fully alleged herein.

221.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "221".

222.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "222" and refers all questions of law to the trial court for resolution.

223. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "223" and refers all questions of law to the trial court for resolution.

224. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "224" and refers all questions of law to the trial court for resolution.

225. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "225" and refers all questions of law to the trial court for resolution.

## THIRTY-SECOND CAUSE OF ACTION

226. In response to paragraph "226" repeats and realleges paragraphs "1" through "225" and hereof as if fully alleged herein.

227. Denies the allegations contained in paragraph "227".

228. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "228".

229. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "229" and refers all questions of law to the trial court for resolution.

230. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "230" and refers all questions of law to the trial court for resolution.

231.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "231" and refers all questions of law to the trial court for resolution.

## THIRTY-THIRD CAUSE OF ACTION

232.    In response to paragraph "232" repeats and realleges paragraphs "1" through "231" hereof as if fully alleged herein.

233.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "233" and refers all questions of law to the trial court for resolution.

234.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "234" and refers all questions of law to the trial court for resolution.

## THIRTY-FOURTH CAUSE OF ACTION

235.    In response to paragraph "235" repeats and realleges paragraphs "1" through "234" hereof as if fully alleged herein.

236.    Denies the allegations contained in paragraph "236".

237.    Denies the allegations contained in paragraph "237", and refers all questions of law to the trial court for resolution.

## THIRTY-FIFTH CAUSE OF ACTION

238.    In response to paragraph "235" repeats and realleges paragraphs "l" through "237" hereof as if fully alleged herein.

239.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "239" and refers all questions of law to the trial court for resolution.

240.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "240".

241.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "241" and refers all questions of law to the trial court for resolution.

242.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "242" and refers all questions of law to the trial court for resolution.

243.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "243" and refers all questions of law to the trial court for resolution.

244.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "244" and refers all questions of law to the trial court for resolution.

## THIRTY-SIXTH CAUSE OF ACTION

245.    In response to paragraph "245" repeats and realleges paragraphs "l" through "244" hereof as if fully alleged herein.

246.    Upon information and belief denies the allegations contained in paragraph "246".

247. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "247".

248. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "248" and refers all questions of law to the trial court for resolution.

249. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "249" and refers all questions of law to the trial court for resolution.

### THIRTY-SEVENTH CAUSE OF ACTION

250. In response to paragraph "250" repeats and realleges paragraphs "l" through "249" hereof as if fully alleged herein.

251. Denies the allegations contained in paragraph "251".

252. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "252".

253. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "253" and refers all questions of law to the trial court for resolution.

254. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "254" and refers all questions of law to the trial court for resolution.

### THIRTY-EIGHTH CAUSE OF ACTION

255. In response to paragraph "255" repeats and realleges paragraphs "l" through "254" hereof as if fully alleged herein.

256.    Denies the allegations contained in paragraph "256".

257.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "257".

258.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "258" and refers all questions of law to the trial court for resolution.

259.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "259" and refers all questions of law to the trial court for resolution.

## THIRTY-NINTH CAUSE OF ACTION

260.    In response to paragraph "260" repeats and realleges paragraphs "1" through "259" hereof as if fully alleged herein.

261.    Denies the allegations contained in paragraph "261".

262.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "262".

263.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "263" and refers all questions of law to the trial court for resolution.

264.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "264" and refers all questions of law to the trial court for resolution.

## FORTIETH CAUSE OF ACTION

265.     In response to paragraph "265" repeats and realleges paragraphs "1" through "264" hereof as if fully alleged herein.

266.    Denies the allegations contained in paragraph "266".

267.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "267" and refers all questions of law to the trial court for resolution.

268.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "268" and refers all questions of law to the trial court for resolution.

269.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "269" and refers all questions of law to the trial court for resolution.

270.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "270" and refers all questions of law to the trial court for resolution.

## FORTY-FIRST CAUSE OF ACTION

271.     In response to paragraph "271" repeats and realleges paragraphs "1" through "270" hereof as if fully alleged herein.

272.     Denies the allegations in paragraph "272".

273.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "273".

274.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "274" and refers all questions of law to the trial court for resolution.

275.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "275" and refers all questions of law to the trial court for resolution.

276.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations  contained  in paragraph  "276" and refers all questions  of law to the trial court  for resolution.

## FORTY-SECOND CAUSE OF ACTION

277.    In response  to paragraph  "277" repeats  and realleges  paragraphs  "1" through "276" hereof  as if fully alleged  herein.

278.    Denies knowledge  or information  sufficient  to form a belief as to the truth of the allegations  contained  in paragraph  "278" and refers  all questions  of law to the trial court  for resolution.

279.  Denies knowledge  or information  sufficient  to form a belief as to the truth of the allegations  contained  in paragraph  "279" and refers  all questions  of law to the trial court for resolution.

## FORTY-THIRD CAUSE OF ACTION

280.    In response  to paragraph  "280" repeats  and realleges  paragraphs  "1" through "279" hereof  as if fully alleged  herein.

281.    Denies  the allegations  in paragraph  "281 ".

282.    Denies the allegations in paragraph "272" and refers all questions of law to the trial court for resolution.

## FORTY-FOURTH CAUSE OF ACTION

283.    In response to paragraph "283" repeats and realleges paragraphs "1" through "282" hereof as if fully alleged herein.

284.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "284" and refers all questions of law to the trial court for resolution.

285.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "285".

286.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "286" and refers all questions of law to the trial court for resolution.

287.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "287" and refers all questions of law to the trial court for resolution.

288.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "288" and refers all questions of law to the trial court for resolution.

289.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "289" and refers all questions of law to the trial court for resolution.

## FORTY-FIFTH CAUASE OF ACTION

290.    In response to paragraph "290" repeats and realleges paragraphs "l" through "289" hereof as if fully alleged herein.

291.    Denies the allegations in paragraph "291".

292.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "292".

293.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "293" and refers all questions of law to the trial court for resolution.

294.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "294" and refers all questions of law to the trial court for resolution.

### FORTY-SIXTH CAUSE OF ACTION

295.    In response to paragraph "295" repeats and realleges paragraphs "l" through "294" hereof as if fully alleged herein.

296.    Denies the allegations in paragraph "296".

297.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "297".

298.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "298" and refers all questions of law to the trial court for resolution.

299.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "299" and refers all questions of law to the trial court for resolution.

## FORTY-SEVENTH  CAUSE OF ACTION

300.    In response  to paragraph  "300"  repeats  and realleges  paragraphs  "1"  through  "299" '  hereof  as if fully  alleged  herein.

301.    Denies  the allegations  in paragraph  "301".

302.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth of the allegations  contained  in paragraph  "302".

303.    Denies  knowledge  or information  sufficient  to form a belief  as to the truth of the allegations   contained   in paragraph  "303"  and refers  all questions  of law  to the trial court  for resolution.

304.    Denies  knowledge   or information   sufficient  to form a belief  as to the truth of the allegations   contained   in paragraph  "304"  and refers  all questions   of law  to the trial court  for resolution.

## FORTY-EIGHT CAUSE OF ACTION

305.    In response  to paragraph  "305" repeats and realleges  paragraphs "1"  through  "304"  hereof as if fully alleged herein.

306.    Denies the allegations in paragraph "306".

307.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "307".

308.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations  contained  in paragraph  "308"  and refers  all questions  of law  to the trial court  for resolution.

309.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "309" and refers all questions of law to the trial court for resolution.

## FORTY-NINTH CAUSE OF ACTION

310.    In response to paragraph "31O" repeats and realleges paragraphs "1" through "309" hereof as if fully alleged herein.

311.    Denies the truth of the allegations contained in paragraph "311 ".

312.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "312" and refers all questions of law to the trial court for resolution.

313.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "313" and refers all questions of law to the trial court for resolution.

314.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "314" and refers all questions of law to the trial court for resolution.

315.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "315" and refers all questions of law to the trial court for resolution.

## FIFTIETH CAUSE OF ACTION

316.    In response to paragraph "316" repeats and realleges paragraphs "1" through "315" hereof as if fully alleged herein.

317.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "317".

318.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "318".

319.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "319" and refers all questions of law to the trial court for resolution.

320.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "320" and refers all questions of law to the trial court for resolution.

321.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "321" and refers all questions of law to the trial court for resolution.

### FIFTY-FIRST CAUSE OF ACTION

322.    In response to paragraph "322" repeats and realleges paragraphs "l" through "321" hereof as if fully alleged herein.

323.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "323" and refers all questions of law to the trial court for resolution.

324.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "324" and refers all questions of law to the trial court for resolution.

## FIFTY-SECOND CAUSE OF
ACTION

325.    In response to paragraph "325" repeats and realleges paragraphs "1" through "324" hereof as if fully alleged herein.

326.    Denies the allegations in paragraph "326".

327.    Denies the allegations in paragraph "327".

## FIFTY-THIRD CAUSE  OF ACTION

328.    In response to paragraph "328" repeats and realleges paragraphs "1" through "327" hereof as if fully alleged herein.

329.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "329" and refers all questions of law to the trial court for resolution.

330.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "330".

331.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "331" and refers all questions of law to the trial court for resolution.

332.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "332" and refers all questions of law to the trial court for resolution.

333.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "333" and refers all questions of law to the trial court for resolution.

334.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "334" and refers all questions of law to the trial court for resolution.

## FIFTY-FOURTH CAUSE OF ACTION

335.    In response to paragraph "335" repeats and realleges paragraphs "1" through "334" hereof as if fully alleged herein.

336.    Denies the allegations in paragraph "336".

337.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "337".

338.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "338" and refers all questions of law to the trial court for resolution.

339.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "339" and refers all questions of law to the trial court for resolution.

## FIFTY-FIFTH CAUSE OF ACTION

340.    In response to paragraph "340" repeats and realleges paragraphs "1" through "339" hereof as if fully alleged herein.

341.    Denies the allegations contained in paragraph "341".

342.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "342".

343.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "343" and refers all questions of law to the trial court for resolution.

344.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "344" and refers all questions of law to the trial court for resolution.

## FIFTY-SIXTH CAUSE OF ACTION

345.    In response to paragraph "345" repeats and realleges paragraphs "1" through "344" hereof as if fully alleged herein.

346.    Denies the allegations contained in paragraph "346".

347.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "347".

348.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "348" and refers all questions of law to the trial court for resolution.

349.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "349" and refers all questions of law to the trial court for resolution.

## FIFTY-SEVENTH CAUSE OF ACTION

350.    In response to paragraph "350" repeats and realleges paragraphs "1" through "349" hereof as if fully alleged herein.

351.    Denies the allegations contained in paragraph "351".

352.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "352".

353.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "353" and refers all questions of law to the trial court for resolution.

354.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "354" and refers all questions of law to the trial court for resolution.

## FIFTY-EIGHTH CAUSE OF ACTION

355.    In response to paragraph "355" repeats and realleges paragraphs "1" through "354" hereof as if fully alleged herein.

356.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "356".

357.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "357" and refers all questions of law to the trial court for resolution.

358.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "358" and refers all questions of law to the trial court for resolution.

359.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "359" and refers all questions of law to the trial court for resolution.

360.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "360" and refers all questions of law to the trial court for resolution.

## FIFTY-NINTH CAUSE OF ACTION

361.    In response to paragraph "361" repeats and realleges paragraphs "l" through "360" hereof as if fully alleged herein.

362.    Denies the truth of the allegations contained in paragraph "362".

363.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "363".

364.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "364" and refers all questions of law to the trial court for resolution.

365.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "365" and refers all questions of law to the trial court for resolution.

366.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "366" and refers all questions of law to the trial court for resolution.

## SIXTIETH CAUSE OF ACTION

367.    In response to paragraph "367" repeats and realleges paragraphs "1" through "366" hereof as if fully alleged herein.

368.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "368" and refers all questions of law to the trial court for resolution.

369.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "369" and refers all questions of law to the trial court for resolution.

## SIXTY-FIRST CAUSE OF ACTION

370.    In response to paragraph "370" repeats and realleges paragraphs "1" through "369" hereof as if fully alleged herein.

371.    Denies the truth of the allegations contained in paragraph "371" and refers all questions of law to the trial court for resolution.

372.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "372" and refers all questions of law to the trial court for resolution.

## SIXTY-SECOND CAUSE OF ACTION

373.    In response to paragraph "373" repeats and realleges paragraphs "1" through "373" hereof as if fully alleged herein.

374.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "374" and refers all questions of law to the trial court for resolution.

375.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "375".

376.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "376" and refers all questions of law to the trial court for resolution.

377.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "377" and refers all questions of law to the trial court for resolution.

378.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "378" and refers all questions of law to the trial court for resolution.

379.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "379" and refers all questions of law to the trial court for resolution.

### SIXTY-THIRD CAUSE OF ACTION

380.    In response to paragraph "380" repeats and realleges paragraphs "1" through "379" hereof as if fully alleged herein.

381.    Denies the allegations contained in paragraph "381".

382.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "382".

383.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "383" and refers all questions of law to the trial court for resolution.

384.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "384" and refers all questions of law to the trial court for resolution.

## SIXTY-FOURTH CAUSE OF ACTION

385.    In response to paragraph "385" repeats and realleges paragraphs "1" through "384" hereof as if fully alleged herein.

386.    Denies the allegations contained in paragraph "386".

387.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "387".

388.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "388" and refers all questions of law to the trial court for resolution.

389.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "389" and refers all questions of law to the trial court for resolution.

## SIXTY-FIFTH CAUSE OF ACTION

390.    In response to paragraph "390" repeats and realleges paragraphs "l" through "389" hereof as if fully alleged herein.

391.    Denies the allegations contained in paragraph "391".

392.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "392".

393.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "393" and refers all questions of law to the trial court for resolution.

394.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "394" and refers all questions of law to the trial court for resolution.

## SIXTY-SIXTH CAUSE OF ACTION

395.    In response to paragraph "395" repeats and realleges paragraphs "l" through "394" hereof as if fully alleged herein.

396.    Denies the allegations contained in paragraph "396".

397.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "397".

398.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "398" and refers all questions of law to the trial court for resolution.

399.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "399" and refers all questions of law to the trial court for resolution.

## SIXTY-SEVENTH CAUSE OF ACTION

400.    In response to paragraph "400" repeats and realleges paragraphs "1" through "399" hereof as if fully alleged herein.

401.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "401 ".

402.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "402" and refers all questions of law to the trial court for resolution.

403.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "403" and refers all questions of law to the trial court for resolution.

404.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "404" and refers all questions of law to the trial court for resolution.

405.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "405" and refers all questions of law to the trial court for resolution.

## SIXTY-EIGHTH CAUSE OF ACTION

406.    In response to paragraph "406" repeats and realleges paragraphs "1" through "405" hereof as if fully alleged herein.

407.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "407".

408.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "408".

409.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "409" and refers all questions of law to the trial court for resolution.

410. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "410" and refers all questions of law to the trial court for resolution.

411. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "411" and refers all questions of law to the trial court for resolution.

## SIXTY-NINTH CAUSE OF ACTION

412. In response to paragraph "406" repeats and realleges paragraphs "1" through "411" hereof as if fully alleged herein.

413. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "413" and refers all questions of law to the trial court for resolution.

414. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "414" and refers all questions of law to the trial court for resolution.

## SEVENTIETH CAUSE OF ACTION

415. In response to paragraph "415" repeats and realleges paragraphs "l" through "414" hereof as if fully alleged herein.

416. Denies the allegations contained in paragraph "416".

417. Denies the allegations contained in paragraph "417".

## SEVENTY-FIRST CAUSE OF ACTION

418. In response to paragraph "418" repeats and realleges paragraphs "l" through "417" hereof as if fully alleged herein.

419.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "419" and refers all questions of law to the trial court for resolution.

420.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "420".

421.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "421" and refers all questions of law to the trial court for resolution.

422.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "422" and refers all questions of law to the trial court for resolution.

423.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "423" and refers all questions of law to the trial court for resolution.

424.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "424" and refers all questions of law to the trial court for resolution.

## FIRST AFFIRMATIVE DEFENSE

425.     Upon information and belief, the Plaintiffs causes of actions against Gerson are untimely in whole or in part.

## SECOND AFFIRMATIVE DEFENSE

426.   Plaintiff lacks standing to assert the claims made herein.

## THIRD AFFIRMATIVE
## DEFENSE

427.    Gerson was not in privity with the Hilman Partnership, which was not his client , and Gerson did not owe any fiduciary or other duty to the Hilman Partnership concerning the funds at issue in this proceeding.

## FOURTH AFFIRMATIVE DEFENSE

428.    Upon information and belief, the Debtor had no legal interest in the proceeds at issue in this suit, since the proceeds were obtained by the Debtor under false pretenses and with criminal intent, and hence the Plaintiff lacks standing to pursue the claims herein.

## FIFTH AFFIRMATIVE DEFENSE

429.    Plaintiffs  claims are barred based on the doctrine of waiver, estoppel, unclean hands, and/or *in pari delicto*.

## AN SIXTH AFFIRMATIVE DEFENSE

430.    Any and all actions and omissions attributed to Gerson in the complaint were caused by the criminally fraudulent representations of the Debtor for which Gerson cannot be held liable.

## SEVENTH AFFIRMATIVE DEFENSE

432.    Upon information and belief, the alleged transfers were made to pay parties fair consideration for antecedent debts and were not fraudulent conveyances.

## EIGHT AFFIRMATIVE DEFENSE

433.    No act or omission attributed to the Gerson in the complaint was the cause of any of the transfers upon which Plaintiff asserts his claims.

## NINTH AFFIRMATIVE DEFENSE

435.    Plaintiff has failed to join the Hilman Partnership as a necessary party.

## TENTH   AFFIRMATIVE   DEFENSE

436.    There is no good faith basis under FRCP Rule 11 for the Plaintiff to allege that Gerson had any fraudulent intent.

## ELEVENTH    AFFIRMATIVE    DEFENSE

437.    The Gerson incorporates herein any defenses of other defendants that are applicable.

## FIRST   CROSS-CLAIM AGAINST
## ALL  DEFENDANTS

438.    To the extent, if any, that Gerson is found to be liable to Plaintiff for any of the loss or damage alleged in the complaint, then Gerson is entitled to contribution from the other defendants in the proportion that the culpable conduct attributed to the other defendants bears to the entire measure of responsibility for the occurrence.

## SECOND   CROSS-CLAIM AGAINST THE  TRANSFEREE DEFENDANTS

439.    Upon information and belief, the proceeds received from the Debtor and deposited into the Gerson IOLA Account were transferred therefrom in good faith upon the directions of the Debtor to the other defendants named in this proceeding as alleged in the complaint (the "Transferee Defendants").

440.    To the extent, if any, that Gerson is found to be liable to Plaintiff for any of the loss or damage alleged in the complaint, the respective Transferee Defendants, who ultimately received the funds are liable to reimburse Gerson.

## RESERVATION OF DEFENSES

441.    Gerson reserve the right to amend and/or supplement this Answer, including, without limitation, to assert additional defenses.

**WHEREFORE,** defendant, Gerson, demands judgment

(1) dismissing the complaint as against it; and, alternatively,

(2) granting judgment against the other Defendants for contribution;

(3) together with costs and disbursements of this action, and such other and further relief as the Court determines to be just and proper.

Dated: Cedarhurst, New York
October 24, 2015

**NOVAK JUHASE & STERN, LLP**

/s/ *Alexander Novak*
Alexander Novak
Attorney for Defendant
483 Chestnut Street
Cedarhurst, NY 11516
(516) 569-3030